UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES MITCHELL,
a/k/a Wamel Allah,

                        Petitioner,

   -against-

JOSEPH CONWAY, Superintendent of
Attica Correctional Facility,

                        Respondent.
-----------------------------------------------------------------X

JUDGMENT
04-CV-1088 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR 2 2006
TIME A.M. P.M.

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on March 1, 2006, denying petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2254; and ordering that a Certificate of Appealability will not be issued; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2254 is denied; and that a Certificate of Appealability will not be issued.

Dated: Brooklyn, New York
       March 01, 2006

                                                      /s/
                                       ROBERT C. HEINEMANN
                                       Clerk of Court